Page 1

1              UNITED STATES JUDICIAL PANEL ON

                        MULTIDISTRICT LITIGATION

2

3                   MDL NO.:  3056

4      IN RE:

5

6      KEYBANK CUSTOMER DATA SECURITY BREACH LITIGATION,

7

8      _____/

9                   Wilkie D. Ferguson, Jr. U.S. Courthouse

                    400 North Miami Avenue

10                  Miami, Florida

                    January 26, 2023

11                  9:38 a.m. to 9:54 a.m.

12

13                  HEARING OF PROCEEDINGS

14     Taken before The United States Judicial Panel and

15     Marla Schreiber, Shorthand Reporter and Notary

16     Public in and for the State of Florida at Large

17     filed in the above-styled cause.

18

19

20

21

22

23

24

25     Job No. CS5639349

Page 2

```
 1                    APPEARANCES
 2        KAREN K. CALDWELL, Chair
          United States District Court Eastern District of
 3        Kentucky
 4        MEMBERS OF PANEL:
 5        NATHANIEL M. GORTON,
          United States District Court, District of
 6        Massachusetts
 7
 8        DAVID C. NORTON,
          United States District Court, District of South
 9        Carolina
10
11        DALE A. KIMBALL,
          United States District Court, District of Utah
12
13        MATTHEW F. KENNELLY,
          United States District Court, Northern District of
14        Illinois
15
16        ROGER T. BENITEZ,
          United States District Court, Southern District of
17        California
18
19        MADELINE COX ARLEO,
          United States District Court, District of New Jersey
20
21        ON BEHALF OF THE PLAINTIFFS:
22        JOSEPH P. GUGLIELMO, ESQ.
23        CHRISTIAN LEVIS, ESQ.
24        MARYBETH V. GIBSON, ESQ.
25
```

Page 3

1                 CONTINUED APPEARANCES

2

3       ON BEHALF OF THE DEFENDANTS:

4       KRISTIN KIEHN, ESQ.

5       RICHARD W. BOONE JR., ESQ.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

```
 1              JUDGE CALDWELL:  The panel will now hear

 2       MDL number 3056 KeyBank Customer Data Security

 3       Breach.

 4              First we will hear from Joseph Guglielmo.

 5       Did I even get close?

 6              MR. GUGLIELMO:  Very close.  Guglielmo.

 7              Good morning, Your Honors, Joseph Guglielmo

 8       from Scott & Scott on behalf of the movants,

 9       Karen and Michael Martin.

10              Your Honors, all parties agree that

11       transfer and centralization under 1407 is

12       appropriate here.

13              We have the related actions all basically

14       allege facts that underlie data breach.  They

15       all have similar legal claims and they all seem

16       to represent overlapping classes of consumers.

17              The only disputed issue we have for The

18       Court is the proper transferring court.

19              Your Honors, the parties are geographically

20       disbursed.  We have three defendants that are at

21       issue here.  KeyBank is headquartered in Ohio,

22       Georgia and Fulton Bank in Pennsylvania.

23       KeyBank notably does exist in 15 states.  It

24       doesn't have any branches or do business in

25       Georgia.  Like Fulton Bank doesn't do business
```

Page 5

```
 1          in Georgia.  Pennsylvania has offices in
 2          Delaware and New Jersey and Virginia.  Thus the
 3          only defendant that has any connection to
 4          Georgia is OSC.  Again, plaintiffs are
 5          geographically disbursed throughout the United
 6          States.  There is only one Georgia plaintiff.
 7          Majority of the plaintiffs are from elsewhere.
 8          Doesn't believe there is no truth in center of
 9          gravity in this case and contrary to KeyBank's
10          papers.  Discovery will not focus on OSC.
11               It will focus on KeyBank's conduct and
12          KeyBank's actions in connection with the
13          retention of OSC in providing the sensitive data
14          that was subject to the breach.
15               Briefly just touching on statistics because
16          that seems to be a popular subject today.
17          Western District of Pennsylvania where we are
18          advocating essentially has less pending civil
19          actions than the competing jurisdiction 2,400
20          pending civil actions compared to Ohio about
21          5,500 and Georgia with 7,500.
22               The jurist, Judge Robert Colville in the
23          Western District is an excellent jurist.  He was
24          a state court judge for ten years appointed to
25          the bench in 2019, doesn't have any MDLs.
```

Page 6

1                    Your Honors, like the cases we've cited --

2                    JUDGE CALDWELL:  Your time is up.

3                    MR. GUGLIELMO:  Oh, sorry.

4                    JUDGE CALDWELL:  Questions?  Judge Kimball.

5                    JUDGE KIMBALL:  There really aren't very

6          many cases yet, are there?

7                    MR. GUGLIELMO:  Ten actions, Your Honor.

8                    JUDGE KIMBALL:  Could this be handled under

9          1404?

10                    MR. GUGLIELMO:  We attempted, Your Honor,

11          to confer with all parties and defendants to

12          agree upon a single jurisdiction and the parties

13          failed at those discussions.

14                    JUDGE CALDWELL:  Judge Kennelly.

15                    JUDGE KENNELLY:  That's why because

16          everybody wants it in their place or --

17                    MR. GUGLIELMO:  In all fairness, yes,

18          everyone wants to stick with the jurisdiction

19          where they filed.

20                    JUDGE KENNELLY:  So it is likely that there

21          going to be defendants, bank defendants other

22          than KeyBank, right, because the OSC breach

23          affected others?

24                    MR. GUGLIELMO:  To the extent that the

25          panel decides to include the Fulton Bank case,

Page 7

1          they would be included.  Presently it is just

2          KeyBank that is headquartered in Cleveland,

3          Ohio.

4               JUDGE KENNELLY:  Where is Fulton Bank?

5               MR. GUGLIELMO:  Fulton Bank is in

6          Pennsylvania.  I believe it's in the Eastern

7          District of Pennsylvania.

8               JUDGE CALDWELL:  Judge Gorton, do you have

9          a question?  Anyone else?

10               JUDGE KIMBALL:  What's your view about

11          potential tagalong?

12               MR. GUGLIELMO:  I believe to the extent the

13          panel deems that the tagalong meets the criteria

14          that they should be included in the

15          centralization order that is essentially ordered

16          by The Court.

17               JUDGE KIMBALL:  Do you have any now?

18               MR. GUGLIELMO:  Other than the ten actions

19          that we identified, the related actions, we are

20          not aware of any other actions pending in state

21          court or in any other federal court.

22               JUDGE CALDWELL:  Judge Kennelly.

23               JUDGE KENNELLY:  So what's your view on

24          whether we should include the Fulton Bank cases?

25               MR. GUGLIELMO:  I believe we can include

Page 8

1              the Fulton Bank cases essentially because

2              ultimately they are part of the underlying

3              facts.

4                   JUDGE KENNELLY:  It the same data breach

5              basically.

6                   MR. GUGLIELMO:  It's essentially there may

7              be different types of data, but it arises out of

8              the breach of OSC.

9                   JUDGE KENNELLY:  Okay.  Thank you.

10                   JUDGE CALDWELL:  Judge Arleo.

11                   JUDGE KENNELLY:  OSC will be the common

12              denominator in all of these cases.

13                   MR. GUGLIELMO:  OSC is the common

14              denominator, but the consumer classes are

15              completely different.  So for example, there

16              will be a class of Fulton Bank customers and a

17              class of KeyBank customers.

18                   JUDGE CALDWELL:  Judge Benitez, did you

19              have any questions?

20                   JUDGE BENITEZ:  She asked the question I

21              was going to ask.

22                   JUDGE CALDWELL:  Anybody else?  Very well.

23              Thank you very much for your argument.

24                   MR. GUGLIELMO:  Thank you for your time.

25                   JUDGE CALDWELL:  Christian Levis.

Page 9

 1          MR. LEVIS:  Christian Levis with Lowey

 2    Dannenberg on behalf of the plaintiff in the

 3    Northern District of Ohio.

 4          Based on the cases about keeping customers

 5    of KeyBank's data, there is some overlapping

 6    software that is involved in the background and

 7    the reality is the same data breach case, but it

 8    is important that you're going to see the

 9    policies, procedures, practices, information

10    about KeyBank at KeyBank's location that made

11    the decision to use some of this technology and

12    actually ended up being part of the breach.

13          The Northern District of Ohio is the

14    obvious place to defend.  Discovery is most

15    likely going to focus on those polices,

16    practices, procedures and most witnesses in that

17    district will know about the handling and the

18    circumstances that end up in a breach of KeyBank

19    customer data.

20          The fact that there is OSC in the

21    background and this is kind of a common

22    component does not really warrant looking at

23    similar case.  If we look to common vendors,

24    like software, we would have sent every data

25    breach that involves Windows PC to the Western

Page 10

1           District of Washington because that is where

2           Microsoft is located.  That is not how this

3           panel has proceeded historically.

4               What we are looking at are the facts

5           related to KeyBank to its customer and this data

6           and it should go where they are located.

7               I think the inclusion of the Fulton Bank

8           cases, it is potentially complicated and I heard

9           the panel ask about that.  I think there is

10          probably good reason to keep those separate, the

11          facts relating to Fulton Bank, just like any

12          other bank that has a breach is going to be a

13          distinct issue that will be addressed by

14          discovery or, you know, other things going on

15          where they are located, which is in

16          Pennsylvania.

17              They don't have any operations in Georgia.

18          KeyBank doesn't have any operations in Georgia,

19          lumping all of these cases into one place really

20          is not a great idea.

21              What I would advocate for is keeping

22          KeyBank where KeyBank is and you can get all the

23          facts there.  And Fulton Bank needs to be

24          handled separately and to the extent there is

25          another bank later, they can address that on

1              their own.  Unless the panel has any questions.

2                   JUDGE CALDWELL:  Yes, Judge Kimball.

3                   JUDGE KIMBALL:  So the data breach occurred

4              at OSC.  I get what you are saying about that.

5              It's not included.

6                   Are there other banks besides KeyBank and

7              Fulton Bank that had data there that was the

8              subject of the breach?

9                   MR. LEVIS:  I don't know.  I know those are

10             the only ones in our cases that are filed.

11                  JUDGE KIMBALL:  So your answer is you don't

12             know?

13                  MR. LEVIS:  Not that there other banks that

14             have been implicated, I don't know.

15                  JUDGE CALDWELL:  Thank you.

16                  Marybeth Gibson.

17                  MS. GIBSON:  Marybeth Gibson for the

18             Marlowe Arthur plaintiffs and also the

19             plaintiffs in the Fulton cases following the

20             Northern District of Georgia.  The data that

21             considers jurisdiction with the closest next to

22             the litigation.  There is no question that

23             Kennesaw, Georgia and the Northern District is

24             the nucleus of the operative facts for this

25             litigation.  It is indeed the center of gravity.

Page 12

```
 1              OSC, Overby-Seawell is an entity that has the

 2              data breach on its computer servers.  All

 3              KeyBank did, all Fulton Bank did was give their

 4              clients data to Overby-Seawell.  It has the data

 5              that had and on the systems that had the breach.

 6                   It proclaims that it has its computer

 7              servers, its on-site support, its programmers,

 8              its marketing and sales are all in Kennesaw,

 9              Georgia.  KeyBank, Overby-Seawell, those

10              acknowledged, Overby-Seawell retained the cyber

11              security expert to investigate the data breach

12              and then the hack only occurred on its computer

13              system, not KeyBank's, not Fulton's.  There may

14              be other banks that come forward.  But the only

15              implication there is that they provided data to

16              Overby-Seawell who has it on their computer

17              systems.

18                   That will be the focal point of discovery.

19              And the appropriate place for transfer would be

20              the Northern District of Georgia.

21                   Quickly I would like to address Judge

22              Grimberg, before him all cases in the Northern

23              District are consolidated.  The Northern

24              District of Georgia has done case law and data

25              breach, many of those judges in the Northern
```

Page 13

1          District have data breach cases before them.   I

2          had a case, a data breach case before Judge

3          Grimberg, he granted oral argument which is

4          where motion to dismiss, his defendants and

5          proclaimed that they had novel theories.

6               Judge Grimberg demonstrated his breadth of

7          knowledge and understanding, applied questions

8          in the law fairly to both parties, and I believe

9          that he would promote this litigation

10         efficiently and steer it to a rapid resolution.

11         So we believe that the Northern District is

12         where it should be consolidated, just like the

13         panel consolidated Home Depot in that

14         jurisdiction because of the headquarters.

15              JUDGE CALDWELL:  Questions?  Yes.

16              JUDGE GORTON:  Do you know how many

17         financial institutions and individual customers

18         were affected by this breach?

19              MS. GIBSON:  The data breach notice from

20         Overby-Seawell says there were numerous

21         institutions and millions of customers impacted

22         by the breach.  Renasant Bank is another bank,

23         but we haven't seen them file yet.  I believe

24         Overby-Seawell can speak to that more

25         extensively.  But there are many that have been

Page 14

1           impacted.

2                JUDGE GORTON:  Thank you.

3                JUDGE KENNELLY:  The lawyer that was up

4           before you, what is significant in these cases

5           isn't the nuts and bolts where the data breach

6           occurred, it's the policies of the entity and

7           the situation KeyBank and also all of those

8           witnesses would be where KeyBank is.  What do

9           you have to say about that?

10               MS. GIBSON:  Well, I would say KeyBank is

11          on the periphery.  It's not their -- their

12          policy to retain a vendor has nothing to do with

13          how the data breach occurred.  The policies that

14          are important are the policies that

15          Overby-Seawell had in place with respect to any

16          data security.

17               JUDGE KENNELLY:  Is there a claim up

18          against KeyBank that they were negligent in

19          retaining vendors in the first place or how they

20          supervised their bank?

21               MS. GIBSON:  There may be claims against

22          KeyBank for that, yes, Your Honor.

23               JUDGE KENNELLY:  Wouldn't that affect them

24          where the center of gravity is?

25               MS. GIBSON:  Not really, because the

Page 15

1           primary defendant is Overby-Seawell, and there

2           are efficiencies in place that we can deal with

3           KeyBank and deal with Fulton and any other bank

4           that -- and because there are many, that makes

5           more sense to have it centralized in the

6           Northern District of Georgia.

7                   JUDGE KENNELLY:  Thank you.

8                   JUDGE CALDWELL:  No questions.  Thank you.

9                   Kristin Kiehn.

10                  MS. KIEHN:  Good morning, Kristin Kiehn on

11           behalf of the defendants, KeyBank NA and

12           KeyCorp.  I will refer to it as KeyBank.

13                  The only area of disagreement is where the

14           cases should be consolidated.  Each of the

15           factors that this panel typically considers

16           towards the North District of Georgia.  As

17           Ms. Gibson just indicated, OSC is the defendant

18           that experienced the data breach that underlines

19           that they are headquartered in Georgia, that's

20           the central fact relating to the data breach

21           would be located there as will the vast majority

22           of the key witnesses and the documents.  Time

23           and again the data breach action, this panel has

24           focused on the state where the defendant had

25           experienced the breach is located as most

Page 16

1          appropriate forum.

2                  In addition, the majority of the actions

3          are pending in the Northern District of Georgia

4          before Judge Grimberg.  This includes three of

5          the eight involving KeyBank and the two Fulton

6          Bank actions.

7                  It's also worth noting that the two actions

8          filed in the Western District of Pennsylvania

9          were brought by the state counsel.  Although not

10         necessarily an official factor, this panel has

11         also considered a number of parties transferred

12         to a different district, including whether both

13         plaintiffs and defendants support a particular

14         district, and here the majority of the parties

15         support the Northern District of Georgia,

16         including defendants OSC and KeyBank.

17                 Although KeyBank is headquartered in Ohio

18         and Fulton Bank in Pennsylvania, that connection

19         is less relevant here because the data security

20         input underlines the claims occurred on the OSC

21         systems, not on the bank's systems.

22                 Both of the plaintiffs have argued that the

23         location of the first filed case is the most

24         important.  I think here with the center of

25         gravity is elsewhere, that is less important.

MDL No. 3056                                    January 26, 2023

Page 17

1          I do want to indicate that assuming the

2     panel has got the MDL, it should be titled the

3     In Re: OSC Data Breach Litigation and not the In

4     Re: KeyBank Litigation as plaintiffs have

5     proposed because the security incident occurred

6     on OSC's system, it would be a misnomer and

7     arguably misleading to call the litigant OSC

8     Bank Data Breach Litigation.  Thank you.

9          JUDGE CALDWELL:  Questions?  Hearing none.

10    Thank you for your argument.

11         Mr. Boone.

12         MR. BOONE:  Good morning, Your Honor.

13    Richard Boone from Wilson Elser Moskowitz

14    Edelman & Dicker on behalf of Overby-Seawell

15    Company.

16         Overby-Seawell Company is headquartered in

17    Kennesaw, Georgia outside of Atlanta.  Its

18    servers are there.  Its IT teams are there, so

19    the vast majority of relevant witnesses are

20    there.  OSC has no presence in Pennsylvania or

21    Ohio.

22         Fulton Bank is in Lancaster, Pennsylvania,

23    which is lovely, but it's not any more

24    convenient to Pittsburgh than it is to Atlanta.

25         KeyBank is in Cleveland, but its servers

Page 18

1           and its personnel have no relevance to the

2           alleged data.  The same is true of Fulton Bank

3           whose servers were also not impacted.

4                Although customers of two different banks

5           were impacted, this was a single incident which

6           occurred in Georgia.  Accordingly common sense

7           dictates that the KeyBank and Fulton Bank

8           matters should be consolidated and coordinated

9           into one proceeding, that that proceeding should

10          be transferred to the Northern District of

11          Georgia where the vast majority of witnesses are

12          located where the court is not already

13          overburdened with MDLs, and where half the cases

14          are already pending in front of the judge who is

15          well versed in data breach litigation.

16               JUDGE CALDWELL:  Questions?  Yes, Judge

17          Norton.

18               JUDGE NORTON:  Do you expect some other

19          banks to join this party?

20               MR. BOONE:  We do not.  Although other

21          banks were involved in the incident, we do not

22          believe that any of that data gives rise to

23          actionable claims.

24               JUDGE NORTON:  Do you agree with -- that

25          this should be renamed the OSC Data Breach

MDL No. 3056                          January 26, 2023

Page 19

1          litigation?

2               MR. BOONE:  We do not.  We think that

3          because of the action brought on behalf of

4          consumers, that if it needs to become more

5          inclusive, it should be the KeyBank and Fulton

6          Bank Data Breach Litigation.

7               JUDGE CALDWELL:  Anybody else?  We Thank

8          you for your argument.  That concludes the

9          arguments on MDL Number 3056.

10     (Whereupon, the hearing was concluded at 9:54 a.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 20

1                        REPORTER'S CERTIFICATE

2        STATE OF FLORIDA)

3        COUNTY OF MIAMI-DADE)

4             I, Marla Schreiber, Shorthand Reporter, certify

5        that I was authorized to and did stenographically

6        report the foregoing proceedings; and that the

7        transcript is a true record.

8             I further certify that I am not a relative,

9        employee, or counsel of any of the parties, nor am I

10       a relative or employee of any of the parties'

11       attorney or counsel connected with the action, nor

12       am I financially interested in the action.

13            Dated this 30th day of January, 2023.

14

15

16

17       MARLA SCHREIBER, SHORTHAND REPORTER

18       NOTARY PUBLIC, Commission # DD 723489

19       MY COMMISSION EXPIRES:

20       October 14, 2023

21

22

23

24

25

[& - caldwell]

| & | action 15:23 | argument 8:23 | basically 4:13 |
|---|---|---|---|

**&**

**&**   4:8 17:14

**1**

**13254**   20:16
**14**   20:20
**1404**   6:9
**1407**   4:11
**15**   4:23

**2**

**2,400**   5:19
**2019**   5:25
**2023**   1:10
  20:13,20
**26**   1:10

**3**

**3056**   1:3 4:2
  19:9
**30th**   20:13

**4**

**400**   1:9

**5**

**5,500**   5:21

**7**

**7,500**   5:21
**723489**   20:18

**9**

**9:38**   1:11
**9:54**   1:11 19:10

**a**

**a.m.**   1:11,11
  19:10
**above**   1:17
**acknowledged**
  12:10

**action**   15:23
  19:3 20:11,12
**actionable**
  18:23
**actions**   4:13
  5:12,19,20 6:7
  7:18,19,20
  16:2,6,7
**actually**   9:12
**addition**   16:2
**address**   10:25
  12:21
**addressed**
  10:13
**advocate**   10:21
**advocating**
  5:18
**affect**   14:23
**affected**   6:23
  13:18
**agree**   4:10 6:12
  18:24
**allege**   4:14
**alleged**   18:2
**answer**   11:11
**anybody**   8:22
  19:7
**appearances**
  2:1 3:1
**applied**   13:7
**appointed**   5:24
**appropriate**
  4:12 12:19
  16:1
**area**   15:13
**arguably**   17:7
**argued**   16:22

**argument**   8:23
  13:3 17:10
  19:8
**arguments**
  19:9
**arises**   8:7
**arleo**   2:19 8:10
**arthur**   11:18
**asked**   8:20
**assuming**   17:1
**atlanta**   17:17
  17:24
**attempted**   6:10
**attorney**   20:11
**authorized**
  20:5
**avenue**   1:9
**aware**   7:20

**b**

**background**
  9:6,21
**bank**   4:22,25
  6:21,25 7:4,5
  7:24 8:1,16
  10:7,11,12,23
  10:25 11:7
  12:3 13:22,22
  14:20 15:3
  16:6,18 17:8
  17:22 18:2,7
  19:6
**bank's**   16:21
**banks**   11:6,13
  12:14 18:4,19
  18:21
**based**   9:4

**basically**   4:13
  8:5
**behalf**   2:21 3:3
  4:8 9:2 15:11
  17:14 19:3
**believe**   5:8 7:6
  7:12,25 13:8
  13:11,23 18:22
**bench**   5:25
**benitez**   2:16
  8:18,20
**bolts**   14:5
**boone**   3:5
  17:11,12,13
  18:20 19:2
**branches**   4:24
**breach**   1:6 4:3
  4:14 5:14 6:22
  8:4,8 9:7,12,18
  9:25 10:12
  11:3,8 12:2,5
  12:11,25 13:1
  13:2,18,19,22
  14:5,13 15:18
  15:20,23,25
  17:3,8 18:15
  18:25 19:6
**breadth**   13:6
**briefly**   5:15
**brought**   16:9
  19:3
**business**   4:24
  4:25

**c**

**c**   2:8
**caldwell**   2:2
  4:1 6:2,4,14

7:8,22 8:10,18
8:22,25 11:2
11:15 13:15
15:8 17:9
18:16 19:7
**california**  2:17
**call**  17:7
**carolina**  2:9
**case**  5:9 6:25
9:7,23 12:24
13:2,2 16:23
**cases**  6:1,6 7:24
8:1,12 9:4 10:8
10:19 11:10,19
12:22 13:1
14:4 15:14
18:13
**cause**  1:17
**center**  5:8
11:25 14:24
16:24
**central**  15:20
**centralization**
4:11 7:15
**centralized**
15:5
**certificate**  20:1
**certify**  20:4,8
**chair**  2:2
**christian**  2:23
8:25 9:1
**circumstances**
9:18
**cited**  6:1
**civil**  5:18,20
**claim**  14:17
**claims**  4:15
14:21 16:20

18:23
**class**  8:16,17
**classes**  4:16
8:14
**cleveland**  7:2
17:25
**clients**  12:4
**close**  4:5,6
**closest**  11:21
**colville**  5:22
**come**  12:14
**commission**
20:18,19
**common**  8:11
8:13 9:21,23
18:6
**company**  17:15
17:16
**compared**  5:20
**competing**  5:19
**completely**
8:15
**complicated**
10:8
**component**
9:22
**computer**  12:2
12:6,12,16
**concluded**
19:10
**concludes**  19:8
**conduct**  5:11
**confer**  6:11
**connected**
20:11
**connection**  5:3
5:12 16:18

**considered**
16:11
**considers**
11:21 15:15
**consolidated**
12:23 13:12,13
15:14 18:8
**consumer**  8:14
**consumers**
4:16 19:4
**continued**  3:1
**contrary**  5:9
**convenient**
17:24
**coordinated**
18:8
**counsel**  16:9
20:9,11
**county**  20:3
**court**  2:2,5,8
2:11,13,16,19
4:18,18 5:24
7:16,21,21
18:12
**courthouse**  1:9
**cox**  2:19
**criteria**  7:13
**cs5639349**  1:25
**customer**  1:6
4:2 9:19 10:5
**customers**  8:16
8:17 9:4 13:17
13:21 18:4
**cyber**  12:10

**d**

**d**  1:9

**dade**  20:3
**dale**  2:11
**dannenberg**
9:2
**data**  1:6 4:2,14
5:13 8:4,7 9:5
9:7,19,24 10:5
11:3,7,20 12:2
12:4,4,11,15
12:24 13:1,2
13:19 14:5,13
14:16 15:18,20
15:23 16:19
17:3,8 18:2,15
18:22,25 19:6
**dated**  20:13
**david**  2:8
**day**  20:13
**dd**  20:18
**deal**  15:2,3
**decides**  6:25
**decision**  9:11
**deems**  7:13
**defend**  9:14
**defendant**  5:3
15:1,17,24
**defendants**  3:3
4:20 6:11,21
6:21 13:4
15:11 16:13,16
**delaware**  5:2
**demonstrated**
13:6
**denominator**
8:12,14
**depot**  13:13
**dicker**  17:14

**dictates** 18:7
**different** 8:7,15
  16:12 18:4
**disagreement**
  15:13
**disbursed** 4:20
  5:5
**discovery** 5:10
  9:14 10:14
  12:18
**discussions**
  6:13
**dismiss** 13:4
**disputed** 4:17
**distinct** 10:13
**district** 2:2,2,5
  2:5,8,8,11,11
  2:13,13,16,16
  2:19,19 5:17
  5:23 7:7 9:3,13
  9:17 10:1
  11:20,23 12:20
  12:23,24 13:1
  13:11 15:6,16
  16:3,8,12,14
  16:15 18:10
**documents**
  15:22

**e**

**eastern** 2:2 7:6
**edelman** 17:14
**efficiencies**
  15:2
**efficiently**
  13:10
**eight** 16:5

**elser** 17:13
**employee** 20:9
  20:10
**ended** 9:12
**entity** 12:1
  14:6
**esq** 2:22,23,24
  3:4,5
**essentially** 5:18
  7:15 8:1,6
**everybody** 6:16
**example** 8:15
**excellent** 5:23
**exist** 4:23
**expect** 18:18
**experienced**
  15:18,25
**expert** 12:11
**expires** 20:19
**extensively**
  13:25
**extent** 6:24
  7:12 10:24

**f**

**f** 2:13
**fact** 9:20 15:20
**factor** 16:10
**factors** 15:15
**facts** 4:14 8:3
  10:4,11,23
  11:24
**failed** 6:13
**fairly** 13:8
**fairness** 6:17
**federal** 7:21
**ferguson** 1:9

**file** 13:23
**filed** 1:17 6:19
  11:10 16:8,23
**financial** 13:17
**financially**
  20:12
**first** 4:4 14:19
  16:23
**florida** 1:10,16
  20:2
**focal** 12:18
**focus** 5:10,11
  9:15
**focused** 15:24
**following**
  11:19
**foregoing** 20:6
**forum** 16:1
**forward** 12:14
**front** 18:14
**fulton** 4:22,25
  6:25 7:4,5,24
  8:1,16 10:7,11
  10:23 11:7,19
  12:3 15:3 16:5
  16:18 17:22
  18:2,7 19:5
**fulton's** 12:13
**further** 20:8

**g**

**geographically**
  4:19 5:5
**georgia** 4:22,25
  5:1,4,6,21
  10:17,18 11:20
  11:23 12:9,20
  12:24 15:6,16

  15:19 16:3,15
  17:17 18:6,11
**gibson** 2:24
  11:16,17,17
  13:19 14:10,21
  14:25 15:17
**give** 12:3
**gives** 18:22
**go** 10:6
**going** 6:21 8:21
  9:8,15 10:12
  10:14
**good** 4:7 10:10
  15:10 17:12
**gorton** 2:5 7:8
  13:16 14:2
**granted** 13:3
**gravity** 5:9
  11:25 14:24
  16:25
**great** 10:20
**grimberg**
  12:22 13:3,6
  16:4
**guglielmo** 2:22
  4:4,6,6,7 6:3,7
  6:10,17,24 7:5
  7:12,18,25 8:6
  8:13,24

**h**

**hack** 12:12
**half** 18:13
**handled** 6:8
  10:24
**handling** 9:17
**headquartered**
  4:21 7:2 15:19

16:17 17:16
**headquarters**
13:14
**hear** 4:1,4
**heard** 10:8
**hearing** 1:13
17:9 19:10
**historically**
10:3
**home** 13:13
**honor** 6:7,10
14:22 17:12
**honors** 4:7,10
4:19 6:1

**i**

**idea** 10:20
**identified** 7:19
**illinois** 2:14
**impacted** 13:21
14:1 18:3,5
**implicated**
11:14
**implication**
12:15
**important** 9:8
14:14 16:24,25
**incident** 17:5
18:5,21
**include** 6:25
7:24,25
**included** 7:1,14
11:5
**includes** 16:4
**including**
16:12,16
**inclusion** 10:7

**inclusive** 19:5
**indicate** 17:1
**indicated** 15:17
**individual**
13:17
**information**
9:9
**input** 16:20
**institutions**
13:17,21
**interested**
20:12
**investigate**
12:11
**involved** 9:6
18:21
**involves** 9:25
**involving** 16:5
**issue** 4:17,21
10:13

**j**

**january** 1:10
20:13
**jersey** 2:19 5:2
**job** 1:25
**join** 18:19
**joseph** 2:22 4:4
4:7
**jr** 1:9 3:5
**judge** 4:1 5:22
5:24 6:2,4,4,5
6:8,14,14,15
6:20 7:4,8,8,10
7:17,22,22,23
8:4,9,10,10,11
8:18,18,20,22
8:25 11:2,2,3

11:11,15 12:21
13:2,6,15,16
14:2,3,17,23
15:7,8 16:4
17:9 18:14,16
18:16,18,24
19:7
**judges** 12:25
**judicial** 1:1,14
**jurisdiction**
5:19 6:12,18
11:21 13:14
**jurist** 5:22,23

**k**

**k** 2:2
**karen** 2:2 4:9
**keep** 10:10
**keeping** 9:4
10:21
**kennelly** 2:13
6:14,15,20 7:4
7:22,23 8:4,9
8:11 14:3,17
14:23 15:7
**kennesaw**
11:23 12:8
17:17
**kentucky** 2:3
**key** 15:22
**keybank** 1:6
4:2,21,23 6:22
7:2 8:17 9:10
9:18 10:5,18
10:22,22 11:6
12:3,9 14:7,8
14:10,18,22
15:3,11,12

16:5,16,17
17:4,25 18:7
19:5
**keybank's** 5:9
5:11,12 9:5,10
12:13
**keycorp** 15:12
**kiehn** 3:4 15:9
15:10,10
**kimball** 2:11
6:4,5,8 7:10,17
11:2,3,11
**kind** 9:21
**know** 9:17
10:14 11:9,9
11:12,14 13:16
**knowledge**
13:7
**kristin** 3:4 15:9
15:10

**l**

**lancaster** 17:22
**large** 1:16
**law** 12:24 13:8
**lawyer** 14:3
**legal** 4:15
**levis** 2:23 8:25
9:1,1 11:9,13
**likely** 6:20 9:15
**litigant** 17:7
**litigation** 1:1,6
11:22,25 13:9
17:3,4,8 18:15
19:1,6
**located** 10:2,6
10:15 15:21,25
18:12

**location** 9:10
  16:23
**look** 9:23
**looking** 9:22
  10:4
**lovely** 17:23
**lowey** 9:1
**lumping** 10:19

**m**

**m** 2:5
**made** 9:10
**madeline** 2:19
**majority** 5:7
  15:21 16:2,14
  17:19 18:11
**makes** 15:4
**marketing** 12:8
**marla** 1:15
  20:4,17
**marlowe** 11:18
**martin** 4:9
**marybeth** 2:24
  11:16,17
**massachusetts**
  2:6
**matters** 18:8
**matthew** 2:13
**mdl** 1:3 4:2
  17:2 19:9
**mdls** 5:25
  18:13
**meets** 7:13
**members** 2:4
**miami** 1:9,10
  20:3
**michael** 4:9

**microsoft** 10:2
**millions** 13:21
**misleading**
  17:7
**misnomer** 17:6
**morning** 4:7
  15:10 17:12
**moskowitz**
  17:13
**motion** 13:4
**movants** 4:8
**multidistrict**
  1:1

**n**

**nathaniel** 2:5
**necessarily**
  16:10
**needs** 10:23
  19:4
**negligent** 14:18
**new** 2:19 5:2
**north** 1:9 15:16
**northern** 2:13
  9:3,13 11:20
  11:23 12:20,22
  12:23,25 13:11
  15:6 16:3,15
  18:10
**norton** 2:8
  18:17,18,24
**notably** 4:23
**notary** 1:15
  20:18
**notice** 13:19
**noting** 16:7
**novel** 13:5

**nucleus** 11:24
**number** 4:2
  16:11 19:9
**numerous**
  13:20
**nuts** 14:5

**o**

**obvious** 9:14
**occurred** 11:3
  12:12 14:6,13
  16:20 17:5
  18:6
**october** 20:20
**offices** 5:1
**official** 16:10
**oh** 6:3
**ohio** 4:21 5:20
  7:3 9:3,13
  16:17 17:21
**okay** 8:9
**ones** 11:10
**operations**
  10:17,18
**operative**
  11:24
**oral** 13:3
**order** 7:15
**ordered** 7:15
**osc** 5:4,10,13
  6:22 8:8,11,13
  9:20 11:4 12:1
  15:17 16:16,20
  17:3,7,20
  18:25
**osc's** 17:6
**outside** 17:17

**overburdened**
  18:13
**overby** 12:1,4,9
  12:10,16 13:20
  13:24 14:15
  15:1 17:14,16
**overlapping**
  4:16 9:5
**own** 11:1

**p**

**p** 2:22
**panel** 1:1,14
  2:4 4:1 6:25
  7:13 10:3,9
  11:1 13:13
  15:15,23 16:10
  17:2
**papers** 5:10
**part** 8:2 9:12
**particular**
  16:13
**parties** 4:10,19
  6:11,12 13:8
  16:11,14 20:9
  20:10
**party** 18:19
**pc** 9:25
**pending** 5:18
  5:20 7:20 16:3
  18:14
**pennsylvania**
  4:22 5:1,17 7:6
  7:7 10:16 16:8
  16:18 17:20,22
**periphery**
  14:11

| | | | |
|---|---|---|---|
| **personnel** 18:1 | **promote** 13:9 | **reporter's** 20:1 | **separate** 10:10 |
| **pittsburgh** 17:24 | **proper** 4:18 | **represent** 4:16 | **separately** 10:24 |
| **place** 6:16 9:14 10:19 12:19 14:15,19 15:2 | **proposed** 17:5 | **resolution** 13:10 | **servers** 12:2,7 17:18,25 18:3 |
| | **provided** 12:15 | **respect** 14:15 | |
| | **providing** 5:13 | **retain** 14:12 | **shorthand** 1:15 20:4,17 |
| **plaintiff** 5:6 9:2 | **public** 1:16 20:18 | **retained** 12:10 | **signature** 20:16 |
| **plaintiffs** 2:21 5:4,7 11:18,19 16:13,22 17:4 | | **retaining** 14:19 | **significant** 14:4 |
| | **q** | **retention** 5:13 | **similar** 4:15 9:23 |
| | **question** 7:9 8:20 11:22 | **richard** 3:5 17:13 | |
| **point** 12:18 | **questions** 6:4 8:19 11:1 13:7 13:15 15:8 17:9 18:16 | **right** 6:22 | **single** 6:12 18:5 |
| **polices** 9:15 | | **rise** 18:22 | **site** 12:7 |
| **policies** 9:9 14:6,13,14 | | **robert** 5:22 | **situation** 14:7 |
| | **quickly** 12:21 | **roger** 2:16 | **software** 9:6,24 |
| **policy** 14:12 | **r** | | **sorry** 6:3 |
| **popular** 5:16 | | **s** | **south** 2:8 |
| **potential** 7:11 | **rapid** 13:10 | **sales** 12:8 | **southern** 2:16 |
| **potentially** 10:8 | **reality** 9:7 | **saying** 11:4 | **speak** 13:24 |
| **practices** 9:9 9:16 | **really** 6:5 9:22 10:19 14:25 | **says** 13:20 | **state** 1:16 5:24 7:20 15:24 16:9 20:2 |
| | | **schreiber** 1:15 20:4,17 | |
| **presence** 17:20 | **reason** 10:10 | | **states** 1:1,14 2:2,5,8,11,13 2:16,19 4:23 5:6 |
| **presently** 7:1 | **record** 20:7 | **scott** 4:8,8 | |
| **primary** 15:1 | **refer** 15:12 | **seawell** 12:1,4 12:9,10,16 13:20,24 14:15 15:1 17:14,16 | |
| **probably** 10:10 | **related** 4:13 7:19 10:5 | | |
| **procedures** 9:9 9:16 | **relating** 10:11 15:20 | **security** 1:6 4:2 12:11 14:16 16:19 17:5 | **statistics** 5:15 |
| | | | **steer** 13:10 |
| **proceeded** 10:3 | **relative** 20:8,10 | | **stenographic...** 20:5 |
| **proceeding** 18:9,9 | **relevance** 18:1 | **see** 9:8 | |
| | **relevant** 16:19 17:19 | **seem** 4:15 | **stick** 6:18 |
| **proceedings** 1:13 20:6 | | **seems** 5:16 | **styled** 1:17 |
| | **renamed** 18:25 | **seen** 13:23 | **subject** 5:14,16 11:8 |
| **proclaimed** 13:5 | **renasant** 13:22 | **sense** 15:5 18:6 | |
| **proclaims** 12:6 | **report** 20:6 | **sensitive** 5:13 | **supervised** 14:20 |
| **programmers** 12:7 | **reporter** 1:15 20:4,17 | **sent** 9:24 | |

**support**  12:7
  16:13,15
**system**  12:13
  17:6
**systems**  12:5
  12:17 16:21,21

**t**

**t**  2:16
**tagalong**  7:11
  7:13
**taken**  1:14
**teams**  17:18
**technology**
  9:11
**ten**  5:24 6:7
  7:18
**thank**  8:9,23
  8:24 11:15
  14:2 15:7,8
  17:8,10 19:7
**theories**  13:5
**things**  10:14
**think**  10:7,9
  16:24 19:2
**three**  4:20 16:4
**time**  6:2 8:24
  15:22
**titled**  17:2
**today**  5:16
**touching**  5:15
**towards**  15:16
**transcript**  20:7
**transfer**  4:11
  12:19
**transferred**
  16:11 18:10

**transferring**
  4:18
**true**  18:2 20:7
**truth**  5:8
**two**  16:5,7 18:4
**types**  8:7
**typically**  15:15

**u**

**u.s.**  1:9
**ultimately**  8:2
**under**  4:11 6:8
**underlie**  4:14
**underlines**
  15:18 16:20
**underlying**  8:2
**understanding**
  13:7
**united**  1:1,14
  2:2,5,8,11,13
  2:16,19 5:5
**use**  9:11
**utah**  2:11

**v**

**v**  2:24
**vast**  15:21
  17:19 18:11
**vendor**  14:12
**vendors**  9:23
  14:19
**versed**  18:15
**view**  7:10,23
**virginia**  5:2

**w**

**w**  3:5
**want**  17:1

**wants**  6:16,18
**warrant**  9:22
**washington**
  10:1
**we've**  6:1
**western**  5:17
  5:23 9:25 16:8
**wilkie**  1:9
**wilson**  17:13
**windows**  9:25
**witnesses**  9:16
  14:8 15:22
  17:19 18:11
**worth**  16:7

**y**

**years**  5:24